IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0588

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

RYAN PATRICK SULLIVAN,

    Defendant and Appellant.

**ORDER**

Appellant's motion to consolidate is GRANTED. It is hereby ORDERED that DA 20-0588 and DA 21-0182 be consolidated for the purposes of appeal under Cause No. DA 20-0588 and captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 8 2022